AO 91 (Rev. 11/11) Criminal Complaint

NORTHERN DIST. OF TX
FILED
2015 FEB -3 AM 11:49
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

United States of America
v.

AARON JOE DAVIS

*Defendant(s)*

Case No. 2:15-MJ-05

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 29, 2015 in the county of Randall in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2422(b) | Attempted Enticement of a Child. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Theodore Dekreek, HSI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 3, 2015

*Judge's signature*

City and state: Amarillo, Texas

Clinton E. Averitte, U.S. Magistrate Judge

*Printed name and title*

2:15-MJ-05

# AFFIDAVIT

I, Tedd Dekreek, being duly sworn do hereby depose and state as follows:

I am a Special Agent of the Department of Homeland Security (DHS). I am currently assigned to the Homeland Security Investigations (HSI) office in Amarillo, Texas.

I am familiar with the information contained in this affidavit based both upon the investigation I have conducted and based on my conversations with other law enforcement officers involved in this investigation.

The facts in this affidavit come from my personal observations, my training and experience and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the criminal charges being described below in this matter.

Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2422(b) (using internet and/or phone text messages in an attempt to entice a minor to engage in sexual activity) have been committed by Aaron Joe DAVIS.

## PROBABLE CAUSE

On January 29, 2015, the defendant, believed to be Aaron Joe DAVIS, sent an email to a person whom he believed to be a female child fourteen years of age, and hereafter referred to as Jane Doe 1. At the beginning of the email conversation the person believed to be Aaron Joe DAVIS sent a picture depicting a male penis in an erect state. Jane Doe 1 responded with "Me: I am almost 15, I haven't seen one that big". Among the other emails sent by the person believed to be Aaron Joe DAVIS were "R u freaky", "do you suck dick", "Do you like really big dick", and "I want to take you out and get you to take this giant dick in all your holes". Other emails sent by the person believed to be Aaron Joe DAVIS were also sexual in nature. Near the end of the email conversation Jane Doe 1 reiterated that she was fourteen years of age with "I'm almost 15, Are you old enough to buy beer".

A meeting time and place was established between Jane Doe 1 and the person believed to be Aaron Joe DAVIS. The person believed to be Aaron Joe DAVIS indicated that he would be driving a gold Volvo. Agents and officers set up surveillance at the prearranged meeting site. Agents and officers observed a Gold Volvo pull into the parking lot. Jane Doe 1 instructed the person believed to be Aaron Joe DAVIS to flash his lights as a signal that he was there. Agents and officers observed the driver of the Gold Volvo, later identified as Aaron Joe DAVIS, flash his lights.

As agents and officers attempted to take Aaron Joe DAVIS into custody he fled from officers and agents, and led them on a vehicle pursuit throughout Amarillo, Texas. During the course of the pursuit a pursuing officer observed Aaron Joe DAVIS throw an object from his vehicle near Washington and 46th streets in Amarillo, Texas. Following the termination of the pursuit agents and officers conducted a search of the area near Washington and 46th streets and discovered a black Samsung telephone. The telephone was seized as evidence and a search warrant was prepared to search the contents of the telephone.

Aaron Joe DAVIS was taken into custody. Observed in the Gold Volvo, located on the front seat, was a video of what appeared to be a pornographic movie entitled "Chiquita You So Freaky".

Based on the foregoing your affiant submits that probable cause exists to believe that Aaron Joe DAVIS is in violation of Title 18 United States Code, Section 2422(b) Coercion and Enticement of a Minor.

Special Agent, Tedd Dekreek
Homeland Security Investigations

Sworn to before me and subscribed in my presence

February 3, 2015 at Amarillo, Texas
Date City and State

Clinton E. Averitte U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

Joshua Frausto
Assistant U.S. Attorney