# United States District Court
# Northern District of Texas
*Amarillo Division*

AMARILLO DIVISION
2026 SEP 18 P 3: 15

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 2 2026
CLERK, U.S. DISTRICT COURT
By Deputy

UNITED STATES OF AMERICA

V.

AARON JOE DAVIS

CASE NUMBER: 2:15-cr-00022-Z-BR-1

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:
AARON JOE DAVIS

ADDRESS (STREET, CITY, STATE):

PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT):
US DISTRICT COURT NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION

DATE IMPOSED
Jul 7, 2015

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):
US MAGISTRATE JUDGE LEE ANN RENO

Karen Mitchell
Karen Mitchell, U.S. District Court Clerk

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

A. Stukey
(By) Deputy Clerk

Sep 18, 2026
Date

## RETURN

Warrant received and executed.

Date Received: Sept 18, 2026

Date Executed: Oct 1, 2026

Executing Agency (Name and Address)
U.S. Marshal Service 205 SE 5th, Amarillo, TX 79101

Name: S. Malecha (USM) (By) P. Young III (DUSM) Date: 10-1-2026